**JS 6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

LESLIE M. JAMES,                           )          Case No.: 14-519 DSF (JEMx)
                                           )
              Plaintiff,                    )
                                           )
      vs.                             )          JUDGMENT
                                           )
JP MORGAN CHASE BANK, N.A.,                )
et al.,                                    )
                                           )
          Defendants.                     )
                                           )
_____           )

      The Court having ordered that the case be dismissed by consent of the

plaintiff as evidenced by lack of opposition to a motion to dismiss,

IT IS ORDERED AND ADJUDGED that the plaintiff take nothing, that the action

be dismissed with prejudice, and that defendants recover their costs of suit

pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

Dated: _____  4/18/14

                                    _____
                                         Dale S. Fischer
                                  United States District Judge